UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DIANE SCOTT HADDOCK,** | § | |
| Appellant, | § | |
| | § | |
| VS. | § | A CIVIL ACTION 4:18-cv-00817-O |
| | § | |
| **TARRANT COUNTY, TEXAS,** | § | |
| **PATRICIA BACA-BENNETT, in both her** | § | |
| **Individual and Official Capacities,** | § | |
| **KENNETH EARL NEWELL, in his** | § | |
| **Official Capacity only, JESUS "JESSE"** | § | |
| **NEVAREZ, JR., in his Official Capacity** | § | |
| **only, JUDITH WELLS, in her Official** | § | |
| **Capacity only, JEROME S. HENNIGAN,** | § | |
| **in his Official Capacity only, JAMES B.** | § | |
| **MUNFORD, in his Official Capacity only,** | § | |
| **and ALEX KIM, in his Official Capacity** | § | |
| **only,** | § | |
| Appellees | § | **NOTICE OF APPEAL** |

Appellant Diane Scott Haddock hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order [Document 44] and Final Judgment [Document 45] signed and entered in this case on November 11, 2019.

Dated: December 10, 2019

                                              Respectfully submitted,

                                              **THE HART LAW FIRM**

                                              Walter L. Taylor
                                              State Bar No. 19727030
                                              ***Wtaylor@thehartlawfirm.com***
                                              6630 Colleyville Blvd, Suite 100
                                              Colleyville, Texas 76034
                                              Tel: (817) 329-7020
                                              Fax: (682) 292-7406
                                              **ATTORNEY FOR DIANE SCOTT HADDOCK**

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the foregoing document has this day been served via electronic service, upon the following on this 10th day of December, 2019:

M. Keith Ogle
David K. Hudson
Tarrant County Criminal District Attorney's Office
*mkogle@tarrantcountytx.gov*
*dkhudson@tarrantcountytx.gov*

Benjamin S. Walton
Assistant Attorney General
*Benjamin.Walton@oag.texas.gov*