# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 31, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-11327   Diane Haddock v. Tarrant County, Texas, et al
                     USDC No. 4:18-CV-817

The court has granted in part an extension of time to and including March 19, 2020 for filing appellant's brief in this case.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Connie Brown, Deputy Clerk
                       504-310-7671

Mr. Melvin Keith Ogle
Mr. Walter L. Taylor
Mrs. Natalie Deyo Thompson
Mr. Benjamin Walton