**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| **DIANE HADDOCK,** | § | |
| *Appellant,* | § | |
| | § | |
| **v.** | § | **CASE NO. 19-11327** |
| | § | |
| **TARRANT COUNTY,** | § | |
| **TEXAS, ET AL.,** | § | |
| *Appellees.* | § | |

**APPELLANT'S UNOPPOSED MOTION TO
EXCEED WORD-COUNT LIMIT**

Appellant's opening brief – also filed today – contained 16,071 words and thus exceeded the single-brief 13,000 word-count limit set forth in FRAP 32(a)(7)(B)(i). Appellant moves the Court for leave to file a brief including the extra 3,071 words.

Appellant's counsel has confirmed that counsel for both sets of Appellees are not opposed to this request.

The overall length of the brief was necessary to fulfill Appellant's responsibility to the Court and brief four separate and distinct First Amendment rights involved in this case, argue for or against the appropriate balancing test for each, appropriately apply such test, cover municipal liability under 42 U.S.C. §1983, and address qualified immunity.

Appellant's counsel believes efficient presentation of Appellant's case required extensive discussion of numerous Supreme Court cases, the law in this and other Circuits, recent Third Circuit authority directly in conflict with the district court's ruling below, state law from other jurisdictions, codes of judicial conduct from the American Bar Association and Texas, and other helpful secondary authorities.

For these reasons, Appellant requests the Court grant her relief from the 13,000-word limit for opening briefs.

## PRAYER

Appellant prays the Court grant this motion, and for such other additional relief to which she may be justly entitled.

Respectfully submitted,

Walter L. Taylor
State Bar No. 19727030
*Wtaylor@thehartlawfirm.com*
**HART LAW FIRM, PLLC**
6630 Colleyville Blvd, Suite 100
Colleyville, Texas 76034
Tel: (817) 329-7020
Fax: (682) 292-7406

**ATTORNEY FOR APPELLANT**

**CERTIFICATE OF CONFERENCE**

I certify that on May 8, 2020, I conferred via telephone with Keith Ogle, counsel for Appellee Tarrant County, and Benjamin Walton, counsel for Appellees, Baca-Bennett, Newell, Nevarez, Wells, Herrington, Mumford, and Kim.  Both indicated that Appellees do not oppose this Motion to Exceed Word Count Limit.

/s/*Walter L. Taylor*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A), because it contains 202 words; and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6), because it has been prepared in a proportionally spaced typeface (14-point Times New Roman) using Microsoft Word.

/s/*Walter L. Taylor*

**CERTIFICATE OF SERVICE**

I hereby certify by my signature above that a true and correct copy of the foregoing document has this day been served via certified mail, return receipt requested, electronic service, facsimile or hand delivery, upon the following on this 8th day of May, 2020.

M. Keith Ogle
David K. Hudson
TARRANT COUNTY CRIMINAL DISTRICT ATTORNEY'S OFFICE
*mkogle@tarrantcountytx.gov*
*dkhudson@tarrantcountytx.gov*

Benjamin S. Walton
ASSISTANT ATTORNEY GENERAL
*Benjamin.Walton@oag.texas.gov*
Natalie D. Thompson
ASSISTANT SOLICITOR GENERAL
*natalie.thompson@oag.texas.gov*