# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 13, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-11327    Diane Haddock v. Tarrant County, Texas, et al
                           USDC No. 4:18-CV-817

The Court has granted appellant's motion to file brief in excess pages, not to exceed 16,071 words.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Melissa B. Courseault, Deputy Clerk
                                 504-310-7701

Mr. Melvin Keith Ogle
Mr. Walter L. Taylor
Mrs. Natalie Deyo Thompson
Mr. Benjamin Walton