No. 19-11327

# In the United States Court of Appeals for the Fifth Circuit

Diane Scott Haddock,
*Plaintiff-Appellant*,

*v.*

Tarrant County, Texas, Patricia Baca-Bennett, Kenneth Earl Newell, Jesus Nevarez, Jr., Honorable Judith Wells, Jerome S. Hennigan, James B. Munford; Alex Kim,
*Defendants-Appellees*

On Appeal from the United States District Court
for the Northern District of Texas, Fort Worth Division

## DEFENDANTS-APPELLEES BENNETT, NEWELL, NEVAREZ, WELLS, HENNIGAN, MUNFORD, AND KIM'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME

Ken Paxton
Attorney General of Texas

Jeffrey C. Mateer
First Assistant Attorney General

Ryan L. Bangert
Deputy First Assistant
  Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Kyle D. Hawkins
Solicitor General

Natalie D. Thompson
Assistant Solicitor General
Natalie.Thompson@oag.texas.gov

Counsel for Defendants-Appellees Patricia Baca Bennett, Kenneth Earl Newell, Jesus "Jesse" Nevarez, Jr., Hon. Judith Wells, Jerome S. Hennigan, James B. Munford, and Alex Kim

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Defendants-Appellees Patricia Baca Bennett, Kenneth Earl Newell, Jesus "Jesse" Nevarez, Jr., Hon. Judith Wells, Jerome S. Hennigan, James B. Munford, and Alex Kim file this unopposed motion for a thirty-day extension of time to file their brief. In support thereof, Defendants-Appellees respectfully show the Court as follows:

1. Defendants-Appellees' brief is currently due on June 22, 2020. Defendants-Appellees seek a thirty-day extension of time, up to and including July 22, 2020, in which to file their brief. This is Defendants-Appellees' first request for an extension of time.

2. Counsel for Defendants-Appellees conferred with counsel for Appellant and counsel for Defendant-Appellee Tarrant County. Neither opposes this motion.

3. This extension is necessary because of lead counsel's commitments in litigation pending in this Court, the Supreme Court of the United States, and the Texas courts. Lead counsel has filed numerous briefs in the weeks since Appellant's brief was filed, including the appellee's brief in *Ramey v. Davis*, No. 18-70034, and the appellant's reply brief in *Wetherbe v. Texas Tech University System*, No. 19-11325, both in this Court; an amicus brief on behalf of the State of Texas and twelve other states in *Fulton v. Philadelphia*, No. 19-123 in the Supreme Court of the United States; and a reply brief in *City of Houston v. Brazos River Authority*, No. 03-20-00076-CV in Texas's Third Court of Appeals. And in recent months, lead counsel has represented the State in a number of emergency litigation matters arising from the pandemic, including *Texas Democratic Party v. Abbott*, No. 20-50407 in this

Court, and *In re State of Texas*, No. 20-0394 in the Supreme Court of Texas. Such matters, which have arisen unexpectedly and been litigated at accelerated speed, have necessarily diverted counsel's attention from her existing caseload. As such, counsel requires additional time to prepare Defendants-Appellees' brief in this case.

4. The extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed first request for an extension is granted.

5. For the foregoing reasons, Defendants-Appellees respectfully request that the Court grant their unopposed motion for a thirty-day extension of time to file their brief, from June 22, 2020, up to and including July 22, 2020.

                                                                           Respectfully submitted.

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | KYLE D. HAWKINS<br>Solicitor General |
| JEFFREY C. MATEER<br>First Assistant Attorney General | /s/ Natalie D. Thompson<br>NATALIE D. THOMPSON<br>Assistant Solicitor General<br>Natalie.Thompson@oag.texas.gov |
| RYAN L. BANGERT<br>Deputy First Assistant<br>  Attorney General | |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | Counsel for Defendants-Appellees<br>Patricia Baca Bennett, Kenneth Earl<br>Newell, Jesus "Jesse" Nevarez, Jr.,<br>Hon. Judith Wells, Jerome S.<br>Hennigan, James B. Munford, and<br>Alex Kim |

## Certificate of Conference

On June 16, 2020, undersigned counsel conferred with counsel for Plaintiff-Appellant and counsel for Defendant-Appellee Tarrant County regarding this motion, and no party opposes this request for an extension of time.

/s/ Natalie D. Thompson
Natalie D. Thompson

## Certificate of Service

On June 16, 2020, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses

/s/Natalie D. Thompson
Natalie D. Thompson

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 382 words, excluding the parts of the brief exempted by Rule 32(f); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Natalie D. Thompson
Natalie D. Thompson