# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

August 18, 2020

Mr. Melvin Keith Ogle
District Attorney's Office
for the County of Tarrant
401 W. Belknap Street
9th Floor
Fort Worth, TX 76102-0000

Mr. Walter L. Taylor
Hart Law Firm, P.L.L.C.
6630 Colleyville Boulevard
Colleyville, TX 76034

Mrs. Natalie Deyo Thompson
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

　　　　No. 19-11327　　Diane Haddock v. Tarrant County, Texas, et al
　　　　　　　　　　　　USDC No. 4:18-CV-817

Dear Mr. Ogle, Mr. Taylor, Mrs. Thompson,

You must submit the 7 paper copies of appellant, appellees and reply briefs required by 5ᵀᴴ Cɪʀ. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5ᵀᴴ Cɪʀ. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5ᵀᴴ Cɪʀ. R. 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and

not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701