# United States Court of Appeals for the Fifth Circuit

No. 19-11327

Diane Scott Haddock,

*Plaintiff—Appellant*,

*versus*

Tarrant County, Texas; Patricia Baca-Bennett; Kenneth Earl Newell; Jesus Nevarez, Jr.; Honorable Judith Wells; Jerome S. Hennigan; James B. Munford; Alex Kim,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:18-CV-817

ON PETITION FOR REHEARING
AND REHEARING EN BANC

Before Clement, Ho, and Duncan, *Circuit Judges*.
Per Curiam:

The Petition for Rehearing is GRANTED, the panel has reconsidered its opinion without oral argument, and the panel has withdrawn and replaced its opinion with the revised opinion issued May 18, 2021. No member of this panel nor judge in regular active service on the court having requested that the court be polled on Rehearing En Banc, (Fed. R. App. P. and 5th Cir. R. 35) the Petition for Rehearing En Banc is DENIED.