# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 26, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-11327   Haddock v. Tarrant
                     USDC No. 4:18-CV-817

Enclosed is an order entered in this case.

See FRAP and Local Rules 41 for stay of the mandate.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Melissa B. Courseault, Deputy Clerk
                               504-310-7701

Mr. Melvin Keith Ogle
Ms. Lanora Christine Pettit
Mr. Walter L. Taylor
Mrs. Natalie Deyo Thompson
Mr. Benjamin Walton