# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 18, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

> Re: Diane Scott Haddock
> v. Tarrant County, Texas, et al.
> No. 21-564
> (Your No. 19-11327)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 14, 2021 and placed on the docket October 18, 2021 as No. 21-564.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst

