# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 10, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 19-11327   Haddock v. Tarrant
                            USDC No. 4:18-CV-817

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             */s/ Sabrina B. Short*
                            By: _____
                            Sabrina B. Short, Deputy Clerk
                            504-310-7817